

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Arnulfo Estrada,

\* From the County Court at Law
of Ector County,
Trial Court No. CCL-22838.

No. 11-22-00240-CV

\* December 14, 2023

U.S. Bank National Association, as
Indenture Trustee, successor in interest
to Wachovia Bank, National Association,
as Indenture Trustee for Bayview
Financial Revolving Asset Trust 2005-E,

\* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.